DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

23 JANUARY 2014

| | | | |
|---|---|---|---|
| 425P13 | State v. James Christopher Boshers | 1. Def's NOA Based on a Constitutional Question (COA12-1344)<br><br>2. Def's PDR Under N.C.G.S. § 7A-31<br><br>3. State's Motion to Dismiss Appeal | 1. —<br><br>2. Denied<br><br>3. Allowed |
| 427P13 | RL Regi North Carolina, LLC v. Lighthouse Cove, LLC, Lighthouse Cove Development Corp., Inc., Glen C. Stygar, John R. Lancaster, Leticia S. Lancaster, Lionel L. Yow, and Connie S. Yow | 1. Plt's PDR Under N.C.G.S. § 7A-31 (COA12-1279)<br><br>2. Def's (Connie S. Yow) Conditional PDR Under N.C.G.S. § 7A-31<br><br>3. Plt's Motion for Leave to Amend PDR<br><br>4. Plt's Petition for *Writ of Certiorari* to Review Decision of COA | 1. Allowed<br><br>2. Denied<br><br>3. Allowed<br><br>4. Allowed |
| 435P13 | State v. Elder G. Cortez and International Fidelity Insurance Company, Surety and Richard L. Lowery, Surety and Larry D. Atkinson, Surety and Tony L. Barnes<br><br>Surety International Fidelity Insurance Company v. Elder Giovani Cortez, Johnston County Board of Education; State of N.C.; and Will R. Crocker, in his Official Capacity as Clerk of Superior Court of Johnston County | 1. Plt's (International Fidelity Insurance Company) NOA Based Upon a Constitutional Question (COA12-1399)<br><br>2. Plt's (International Fidelity Insurance Company) PDR Under N.C.G.S. § 7A-31<br><br>3. Def's (Johnston County Board of Education) Motion to Dismiss Appeal<br><br>4. Def's (State of N.C. and Will R. Crocker) Motion to Dismiss Appeal<br><br>5. Joint Motion to Withdraw NOA and Petition for PDR | 1. —<br><br>2. —<br><br>3. —<br><br>4. —<br><br>5. Allowed<br><br><br><br>**Beasley, J., recused** |
| 439P13-2 | Calvin and Sandra Latimer v. Internal Revenue Service | Plt's *Pro Se* Motion for Default Go To Judgment | Dismissed |